Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                               Crim. No. 05-16-01-M

Edward C. Frazier   DOB 4/25/1942

On June 27, 2005, the above-named individual was placed on supervised release for a period of three years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Edward C. Frazier be discharged from supervised release at this time.

Respectfully submitted,

Timothy J. Brown  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this 28th day of January, 2008.

Steven J. McAuliffe  
Chief U.S. District Court Judge